UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TC REINER,

                Plaintiff,                Case No. 16-11728

v.                                            Paul D. Borman
                                            United States District Judge

SAGINAW VALLEY STATE
UNIVERSITY, THE BOARD OF         Patricia T. Morris
CONTROL OF SAGINAW VALLEY      United States Magistrate Judge
STATE UNIVERSITY, HANNAH
FRANK, and JANE DOE,

                Defendants.
_____/

## ORDER GRANTING DEFENDANTS SAGINAW VALLEY STATE UNIVERSITY AND THE BOARD OF CONTROL OF SAGINAW VALLEY STATE UNIVERSITY'S MOTION TO DISMISS

Plaintiff TC Reiner brought this copyright infringement lawsuit on May 16, 2016 (ECF No. 1), and filed an Amended Complaint in the action on November 9, 2016 (ECF No. 16). Now before the Court is a Motion to Dismiss filed by Defendant Saginaw Valley State University ("**SVSU**") and Defendant Board of Control of Saginaw Valley State University ("**SVSU Board**") on November 14, 2016. (ECF No. 17.) Plaintiff responded on November 22, 2016 (ECF No. 19), and Defendants SVSU and SVSU Board replied on December 2, 2016 (ECF No. 20).

A hearing on the Motion was held on May 19, 2017. At the hearing, the parties agreed on the record that SVSU and SVSU Board should be dismissed as

Defendants in this action.

Accordingly, the Court hereby GRANTS Defendants SVSU and SVSU Board's Motion, and DISMISSES WITH PREJUDICE all claims asserted against SVSU and SVSU Board in this action.

IT IS SO ORDERED.

s/Paul D. Borman<br>
Paul D. Borman<br>
United States District Judge

Dated: May 19, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 19, 2017.

s/D. Tofil<br>
Deborah Tofil, Case Manager